UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINITA WALTON,

        Plaintiff,               Case no. 08-13273
                                             Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Mark A. Randon's report and recommendation filed August 18, 2009, as well as any objections filed by the parties, and upon review;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment, filed December 22, 2008, is DENIED, and Defendant's motion for summary judgment, filed March 23, 2009, is GRANTED.

                                                    s/John Corbett O'Meara
                                                    United States District Judge

Date: September 08, 2009

     I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 08, 2009, by electronic and/or ordinary mail.

                                            <u>s/William Barkholz</u>
                                            Case Manager